(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Shantell Newman

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Tik Tok

U.S Headquarters Culver City
400 Corporate Pointe #300

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

Civ. Action No. 22 - 170

(To be assigned by Clerk's Office)

**COMPLAINT**

(Pro Se)

Jury Demand?
☑ Yes
☐ No

FILED
2022 FEB 7 AM 2:52
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.   PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:   Shantell Newman
Name (Last, First, MI)

703 North Orange St
Street Address

New Castle   Delaware   19801
County, City       State       Zip Code

_____   _____
Telephone Number     E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   Tik Tok (ByteDance) U.S Headquarters
Name (Last, First)

Culver City, Cal  5800 Bristol Parkway
Street Address

CA   90230  90230
County, City       State       Zip Code

Defendant 2:   _____
Name (Last, First)

_____
Street Address

_____
County, City       State       Zip Code

Page **2** of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

## Defendant(s) Continued

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State              Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City                    State              Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

_____

(Del. Rev. 11/14) Pro Se General Complaint Form

### III.   VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28 U.S.C § 1391 (4) applies

### IV.   STATEMENT OF CLAIM

Place(s) of occurrence:      Delaware 3D world (AI)

Date(s) of occurrence:   prior to Sep 30, 2021

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

| What happened to you? |
|---|

ByteDance, TikTok's Parent Company, violated the State and Federal Law by collecting and using user data without permission, phone numbers, biometric data and locations were saved according to Newsweek.

Page 4 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

Delaware joined 21 othe states
across the Country by passing
a law that restricts employer
access to personal Social
media accounts... Altering
Setting on the applications
As well as the Childrens
online Privacy Protection Act
(COPPA) laws imposing liability
and Criminal punishment for
hacking and laws requiring
nobification for data breaches.
TIK TOK was the only platform
my daughter used that went
viral instantley. IF We wouldve
Known that personal Human
Data was Leaked. We wouldve
never built a platform on TIK TOK.
please accept my claims
Theank you.

Byte Dance is a Chinese businesses.
Stores all Data in the U.S with
Back up servers in Singapore.
Rather than Beijing where the
Parent Company Headquater
The Trump administration,
raised Concerns over national
Security Concerns over the
popular Social Media app.
("CFIUS")

Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

on Feb 2nd and Feb 6th TIK TOK suspended my live that was and needs to be added to an Investigation for Attempted Murder a white Truck white Male blonde Hair blue shirt was comeing down a one way to do a Head on Collision. The same truck I seen earlier follow me on 13 trying to run me off the road. I inteview a witness and the Confessed to the Almost 3 car Collission and TRuck comeing towards me. I am Requested Both suspended live video's. Also in my Active Account of violations it says none but under History it has meany This is a deflamation of Character and TIK TOK needs to be held accountable for noneing with the Police.

**Who did what?**

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Data Breach, and unknow Security Breach-

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 69,000,000

☐ Other (explain):

I want to know to whom was my daughter Information given to?

And why TIKTOK are Tort-Transfer action against me

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_____          _____
Dated                                                      Plaintiff's Signature

Newman  Shantell
_____
Printed Name (Last, First, MI)

703  North  Orange  St  Wilmington, Del
_____
Address      19801                     City              State      Zip Code

                                                    Blackqueen@gmail.com
_____          _____
Telephone Number                              E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**